# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:20-mj-00152 |
| | ) | Assigned To : Harvey, G. Michael |
| ELTON WILLS | ) | Assign. Date : 8/8/2020 |
| | ) | Description: Complaint w/ Arrest Warrant |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 7, 2020__ in the county of __Washington__ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | having been convicted of a crime punishable by imprisonment for a term exceeding one year, did possess in and affecting commerce, a firearm and ammunition, and did receive a firearm and ammunition, which had been shipped and transported in interstate and foreign commerce, that is, a 9mm caliber handgun and six rounds of 9mm caliber ammunition. |

This criminal complaint is based on these facts:
SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Officer Bryan Madera
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
**Telephone** _____ (specify reliable electronic means)

Date: 08/08/2020

_____
*Judge's signature*

City and state: Washington, DC

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*